BURGESS v. HILLMAN et al.

(Circuit Court of Appeals, Eighth Circuit. December 3, 1912.)

No. 3,737.

Appeal from the Circuit Court of the United States for the District of Kansas.

Action by T. J. Burgess against Amiel M. Hillman and others. Judgment for defendants, and plaintiff appeals. Affirmed.

Lee Monroe, of Topeka, Kan. (C. M. Monroe, of Topeka, Kan., on the brief), for appellant.

John E. Hessin, of Manhattan, Kan., for appellees.

Before SANBORN and CARLAND, Circuit Judges, and W. H. MUNGER, District Judge.

CARLAND, Circuit Judge. This case was submitted together with No. 3,728, 200 Fed. 929, and raises the same questions that were disposed of in that case. For the reason stated in the opinion filed therein, the decree in this case must be affirmed; and it is so ordered.